# EXHIBIT B

# BuzzFeed

     

News    Videos    Quizzes    Tasty    DIY    More ⌄    **Get Our App!**     

       



# 10 Incredible Photo Stories You Absolutely Can't Miss

Here are the most interesting and powerful photo stories from across the web.

posted on Oct. 21, 2016, at 5:47 p.m.


**Gabriel H. Sanchez**
BuzzFeed Staff


**Kate Bubacz**
BuzzFeed News Senior Photo Editor


**Sarah Kobos**
BuzzFeed Staff


**Anna Mendoza**
BuzzFeed Staff, Australia


**Laura Geiser**
BuzzFeed News Photo Editor

## 1. "The Hillary Clinton Sessions" — *Time*







*Martin Schoeller / The New Yorker via Time*

**"If you are a photography fan, a Hillary fan, or just like to hear gossip, this post is for you.** The photo selection is gorgeous, and all the more so because you find out tidbits of behind-the-scenes details. It is fascinating seeing the past portrayals of a woman who feels omnipresent in the political scene, and yet remains a mystery." —Kate Bubacz, senior photo editor, BuzzFeed News

## 2. "Photos That Perfectly Capture the Brutality of Norwegian Black Metal" — *Vice*

*Jonas Bendiksen*                                           *Jonas Bendiksen*



"Ah, Norway! Prime exporters of several lucrative commodities of this day and age — petroleum, fresh fish, and, of course, black metal. This specific variety of metal is particularly sinister and brutal to say the least, and following a series of associated church burnings, murders, and suicides in 1990s, it has skyrocketed into mainstream popularity. This new series of pictures by Magnum photographer Jonas Bendiksen captures the raw intensity of a scene that's defined itself as uniquely Norwegian." —Gabriel H. Sanchez, photo essay editor, BuzzFeed News

## 3. "Unforgettable Images of the Black Panthers" — *Mother Jones*



*Stephen Shames / Steven Kasher Gallery*

**"Given the current climate of police and race relations, the archival images don't feel so far removed from the images of the Black Lives Matter movement,** while the current portraits of past Black Panther leaders, many of whom have gone on to build distinguished

Case 1:17-cv-01553-DLC    Document 1-2    Filed 03/01/17    Page 8 of 30

careers, show a softer side of the people who fought so bitterly for social change." —Laura Geiser, photo editor, BuzzFeed News

## 4. "An Aerial Photographer Finds Art on Earth" — *Time*

*Tommy Clark*                                          *Tommy Clark*



"**Reminiscent of Rothko paintings**, aerial photographer Tommy Clarke creates scenes of Earth like I haven't seen before. You're usually not quite sure what you're looking at, but once you know they're all different scenes from above, a feeling of tranquility comes over you. They are simple and abstract, and they emit emotions just as a Rothko painting does. I would love to sit on a bench in a museum and stare at these." —Sarah Kobos, photo editor, BuzzFeed

## 5. "Campfire Songs and Kalashnikovs" — *Foreign Policy*

Case 1:17-cv-01553-DLC    Document 1-2    Filed 03/01/17    Page 11 of 30



*Alex Masi / Foreign Policy*

"**I tried to find something light,** and then I saw Alex's photos and had to include them. The series captures the intersection of innocence and militance in a poignant, powerful way. Feels like maybe we should be paying attention to the increased militarization

of Eastern Ukraine? After all, these are just kids." —KB

# 6. "Ten Years of Capturing Girlhood" — *Dazed*

*Valerie Phillips*                                                    *Valerie Phillips*




"**Valerie Phillips's artistic background is fashion photography, and this project stems from her itch to break away from the industry standard of women being placed in overly produced situations.** She's successful in her endeavours, no doubt. Even though she gets these young people to pose, her photos are far more relatable to most women than the glossy magazine shoots are." —Anna Mendoza, photo editor, BuzzFeed Australia

## 7. "The Man Without a Home" — Australian Broadcasting Corporation



*Instagram: @cowanify*

"**It's hard to ignore the realities of homelessness when many major cities across the world are being plagued with rising living costs and affordable housing is pretty much nonexistent.** That said, everyone's stories are different, and what makes Jane Cowan's photo essay so powerful is how she highlights this very fact. Cowan documented 12 hours in the life of Melbourne man Matte Dunn,

who is not a drug addict, not an alcoholic, not diagnosed with a mental illness, doesn't loot food from the supermarket, takes a shower, and holds a university degree, but is without a home." —AM

## 8. "Families Flee as Soldiers Liberate Iraqi Towns From ISIS" — *The Wall Street Journal*



Erin Trieb / The Wall Street Journal

"**It is easy to forget the real-world implications that the battle for Mosul**, with all of its political and media hype, will have on the citizens of the city. Erin's photos begin to capture some of the people who are mired, again, in conflict. The displacement of citizens

from the city is one of the most direct, dire effects that the battle will have — it should be considered carefully." —KB

## 9. "The Photo Doesn't Lie, and Neither Did the Wright Brothers" — *The Huffington Post*



*Public Domain*

"It doesn't take a photo historian to know that pictures are subjective, that they frequently lie and have been used historically to sway public knowledge and opinion. Perhaps one of the most controversial claims of truthfulness in photography occurred on Dec. 17, 1903, in Kitty Hawk, North Carolina, in a photo that documented the first flight of an airplane. Here, Tom D. Crouch, PhD, a senior curator of the aeronautics department at the Smithsonian's National Air and Space Museum, provides his insight into the truthfulness of the Wright brothers' historic flight." —GHS

## 10. "17 Powerful Photographs That Show the History of Discrimination Against 'Untouchables'" — BuzzFeed News





https://www.buzzfeed.com/gabrielsanchez/incredible-photo-stories-you-cant-miss-oct-21?utm_term=.pxyADy1B4D#.efYxNA0j7N

*Ajit Mijar*

**"Nepal may have passed legislation decades ago making it illegal to discriminate against people belonging to other castes,** but as this photo series shows, class segregation is very much still a thing in Nepalese society. Reality is, generations-old mindsets are not easy to shake off, so it's up to activists and photo exhibitions like this to educate and change traditional ways of thinking." —AM

## Need more buzz like this in your life? Sign up for the BuzzFeed Today newsletter!

| your email address |

Sign Me Up!

More ▾

 

NEXT ON BUZZ›

### You'll Only Understand These 32 Photos If You Went...

▼ YOUR REACTION?

21

| 4 | 2 | 2 | 2 | 1 | | |
|---|---|---|---|---|---|---|
| WIN | OMG | YAAASS | WTF | LOL | FAIL | CUTE |

›

▼ REACT WITH GIF

‹                                                                    ›



## BuzzFeed Wants To Hear Your Opinions!

Click here to tell us what you think.



## BuzzFeed Wants To Hear Your Opinions!

  BuzzFeed Contributor
**BuzzKeepers**

Tagged:trending, abc, art, guardian, huffington post, jpg, photo stories, photographer, photography, time, vice, jpg

**Buzz Feed NEWS**

**In The News Today**

## Add Your Response

| Text | Image | Video |

(allowed html tags: <a href=""> <b> <i> <em> <strong>)

Share this on Facebook    (Connected as Kamanta Villaman [Disconnect])

Starting soon, you'll only be able to post a comment on BuzzFeed using a Facebook account or via our app. If you have questions or thoughts, email us here.

Preview

## Contributions

- President Trump accused Barack Obama of organizing recent protests against him and leaking information from the White House to the press.

- Education Secretary Betsy DeVos compared historically black colleges and universities to charter schools, spurring criticism of "whitewashing history."

- A second wave of bomb threats sent to Jewish community centers brought the number of locations threatened on Monday to 30.

- PricewaterhouseCoopers fessed up to the Oscars oops that caused "La La Land" to be named best picture instead of "Moonlight."

Download the BuzzFeed News app



Churches Are Readying Homes And Underground Railroads To Hide Immigrants

11 Incredible Photo Stories You Can't Miss · 10/21/17

From Deportation Under
Trump

by Salvador Hernandez



Need more BuzzFeed? Sign up
for our BuzzFeed Today
newsletter!

| Your Email Address | Sign up |

## Hot Buzz



This Quiz Will Tell You If Your Other Half
Is Seth Cohen Or Ryan Atwood From
"The ...



17 Face Masks That Will Actually
Change Your Life



## 13 Easy Hacks To Open Up More Time In Your Life

## Now Buzzing



## This Quiz Will Tell You If Your Other Half Is Seth Cohen Or Ryan Atwood From "The O.C."



## 17 Face Masks That Will Actually Change Your Life

More Buzz ›





This Word Test Will Reveal If You Have A More Creative Or Logical Mind



Catch Your Caps With This Magnetic Mounted Bottle Opener



This Is What It's Like To Drive 120 MPH Around The Daytona International Speedway

You'll Only Understand These 32 Photos If You Went To High School In The '90s

Someone Made Pea And Mayonnaise Pizza And People Can't Even Look At It

Plan Your Wedding, We'll Give You A Day, Month, And Year

"Feud" Season 2 Will Focus On Princess Diana And Prince Charles



## A Love Letter To San Diego

## All The Best Deals On Amazon Today

## Ed Sheeran Just Released A Video Of New Track "Eraser" And Fans Have Lost It



## We Know If You And Your S.O. Would Survive A Big Move From 3 Questions

Advertise   Jobs   Mobile   Newsletter   Shop    US Edition ⌄

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact                    © 2017 BuzzFeed, Inc