

**COWAN,** **DeBAETS,** **ABRAHAMS &** **SHEPPARD** LLP

41 MADISON AVENUE
NEW YORK, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

ELEANOR M. LACKMAN
212 974 7474 ext 1958-59
elackman@cdas.com

AILEEN ATKINS
FREDERICK P. BIMBLER
SUSAN H. BODINE
LINDSAY W. BOWEN•
ANDREA F. CANNISTRACI
XAVIER J. CORREA
TIMOTHY J. DeBAETS
ROBERT J. EPSTEIN
CAROLE E. HANDLER•■
DOUGLAS P. JACOBS*
ELEANOR M. LACKMAN†
ELLIS B. LEVINE
JANIS C. NELSON■
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD♦
SCOTT J. SHOLDER*
KENNETH N. SWEZEY†
NANCY E. WOLFF•*†

ADAM BEASLEY
ALISON B. BENSIMON
BRIANNA DAHLBERG■
LINDSAY R. EDELSTEIN
DANIELLE A. EFROS
MIKAELA I. GROSS
BENJAMIN JAFFE
BRITTANY L. KAPLAN
MICHAEL K. LEVIN
MARISSA B. LEWIS*
JONATHAN H. PERITZ*
SIMON N. PULMAN*○

OF COUNSEL:
ROBERT I. FREEDMAN
JERROLD B. GOLD

SPECIAL COUNSEL:
ALEX GIGANTE

PHILIP M. COWAN
(1943-2001)
HOWARD ABRAHAMS
(1945-1996)

■ Admitted in CA
† Also Admitted in CA
♦ Also Admitted in DC
○ Also Admitted in GA
* Also Admitted in NJ
• Also Admitted in PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212

May 1, 2017

**VIA ECF**
Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007

Re:   Alessandro Masi v. BuzzFeed, Inc.
      Docket No. 17-cv-1553 (DLC)

Dear Judge Cote:

We represent defendant BuzzFeed, Inc. ("Defendant") in the above-captioned action, and we write with consent of plaintiff's counsel to request a rescheduling of the Initial Pretrial Conference that is presently set for June 2, 2017 at 11:00 a.m. The reason for the adjournment is that the undersigned will be on a flight in return from a long-scheduled vacation on that day. The parties have conferred, and counsel for both sides are available on June 9, 13, and 15. To the extent that the Court does not have availability on those dates, the parties will confer and propose the next available date that the Court has availability for an initial pretrial conference and no material conflicts prevent counsel from appearing.

There have been no previous requests for adjournment or extensions of time. Granting this request will not affect any dates previously set. Defendant filed its answer on April 27, 2017, and the parties will confer as to a schedule pursuant to the Federal Rules; such schedule will be timely submitted to the Court prior to the conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Eleanor M. Lackman*

Eleanor M. Lackman

cc: All Counsel of Record (via ECF)