

| | | |
|---|---|---|
| COWAN, | 41 MADISON AVENUE | ELEANOR M. LACKMAN |
| DEBAETS, | NEW YORK, NY 10010 | 212-974-7474 |
| ABRAHAMS & | T: 212 974 7474 | elackman@cdas.com |
| SHEPPARD LLP | F: 212 974 8474 | |
| | www.cdas.com | |

AILEEN ATKINS
FREDERICK P. BIMBLER
SUSAN H. BODINE
LINDSAY W. BOWEN*
ANDREA F. CANNISTRACI
XAVIER J. CORREA
TIMOTHY J. DEBAETS
ROBERT J. EPSTEIN
DOUGLAS P. JACOBS*
ELEANOR M. LACKMAN†
ELLIS B. LEVINE
JANIS C. NELSON ■
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD ♦
SCOTT J. SHOLDER*
MARC H. SIMON
KENNETH N. SWEZEY†
NANCY E. WOLFF ●*†

ADAM BEASLEY
DANIEL I. BENGE
LINDSAY R. EDELSTEIN
DANIELLE A. EFROS
MIKAELA I. GROSS
BENJAMIN JAFFE
BRITTANY L. KAPLAN
MICHAEL K. LEVIN
MARISSA B. LEWIS*
JONATHAN H. PERITZ*
SIMON N. PULMAN*○

OF COUNSEL:
ROBERT I. FREEDMAN
JERROLD B. GOLD

SPECIAL COUNSEL:
ALEX GIGANTE

PHILIP M. COWAN
  (1943-2001)
HOWARD ABRAHAMS
  (1945-1996)

■ ADMITTED IN CA
† ALSO ADMITTED IN CA
♦ ALSO ADMITTED IN DC
○ ALSO ADMITTED IN GA
* ALSO ADMITTED IN NJ
● ALSO ADMITTED IN PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212

June 12, 2017

**VIA ECF**

The Honorable James L. Cott
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1360
New York, New York 10007

Re:   *Alessandro Masi v. BuzzFeed, Inc.*, Case No. 17-cv-01553 (DLC)(JLC)

Dear Judge Cott:

We represent defendant BuzzFeed, Inc. in the above-captioned action. Pursuant to the Order of Reference issued by Judge Cote on Friday, June 9, 2017, the parties jointly request a settlement conference on July 21, 2017 at 10 a.m., as discussed with your chambers this past Friday.

We thank the Court for its consideration of this request.

Respectfully submitted,

Eleanor M. Lackman

cc: Kamanta Kettle, Esq. (counsel for plaintiff Alessandro Masi)